UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FARHEEM HOUSTON,

      Plaintiff,

v.                                   **Case No.  3:25-cv-1338-TKW-HTC**

MARK DUNNING INDUSTRIES, INC.,

      Defendant.

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 27) and Plaintiff's objections (Doc.28).  The Court reviewed the issues raised in the objection de novo under 28 U.S.C.§636(b)(1) and Fed. R. Civ P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that this case should be dismissed for failure to state a plausible claim for relief.  The Court also agrees that the dismissal should be with prejudice because Plaintiff has already been given an opportunity to amend his claims, and under the circumstances, there is no reason to believe that a second amended complaint would fare any better than the original or amended complaints.

Accordingly, it is **ORDERED** that:

1.      The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.     Defendant's motion to dismiss (Doc. 24) is GRANTED, and this case is DISMISSED with prejudice for failure to state a claim upon which relief can be granted.

3.     The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 20th day of April, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**